NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID MCLEOD, DOC #T10830,          )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D17-3729
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed February 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

David McLeod, pro se.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and NORTHCUTT, and LUCAS, JJ., Concur.